```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MINDEN PICTURES, INC.,

                        Plaintiff,

-against-

CONTENT IQ LLC,

                        Defendants.

-----------------------------------------------------------X

19–CV–3252 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court, having been advised that the parties have reached an agreement to settle this case, hereby orders that the action is dismissed and discontinued without costs, and without prejudice to the right of either party to reopen the action by December 16, 2019 if the settlement is not consummated by that date. The Clerk of Court is directed to close this case. Any pending motions are moot.

    SO ORDERED.

Dated: New York, New York
       November 14, 2019

                                                     */s/ Kimba M. Wood*
                                                     KIMBA M. WOOD
                                                     United States District Judge